UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

LARRY D. CUSACK,

                              Plaintiff,

                                                                           DECISION AND ORDER

                                                                           09-CV-6673L

                             v.

UNITED AUTOMOBILE WORKERS OF AMERICA
UNION, et al.,

                              Defendants.
_____

      Plaintiff's motion (Dkt. #15) to "adjourn" the case to allow for mediation is denied. Defendants responded (Dkt. #16) to the motion and opposed it. Defendants are not interested in mediation. There is also a pending motion to dismiss.

CONCLUSION

      Plaintiff's motion to adjourn (Dkt. #15) is denied.

      IT IS SO ORDERED.

                                                     _____
                                                          DAVID G. LARIMER
                                                          United States District Judge

Dated: Rochester, New York
         July 30, 2010.